**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 18 WAL 2019

Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

v.    :

BRIAN ALLEN CRAGGETTE,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.